## No. 1207.

### Mrs. S. Sandoz et al. vs. Mrs. A. Duhon et al.

Although the allegations of the petition do not affirmatively fix the amount in controversy as within the appealable sum, if these are supplemented by allegations of the defendant, and from both combined it appears that the object sought to be recovered is worth more than $1000, the appeal will be maintained.

## No. 1194.

### H. S. Buckner vs. Thomas Mora.

Case of third opposition dismissed on the exception of no cause of action.

# SHREVEPORT.

## No. 117.

### S. W. Vance et al. vs. Pickett et als.

Motion to make new parties allowed and the case continued to next term.